1  Thomas J. Daly (*Pro hac vice forthcoming*)
   Drew Wilson (*Pro hac vice forthcoming*)
2  WOMBLE BOND DICKINSON (US) LLP
   655 N. Central Ave., Suite 2300
3  Glendale, CA 91203-1445
   Telephone: (626) 795-9900
4  Thomas.Daly@wbd-us.com
   Drew.Wilson@wbd-us.com

5

6  Meng Zhong
   NV Bar No.: 12145
7  WOMBLE BOND DICKINSON (US) LLP
   8488 Rozita Lee Ave., Suite 400
8  Las Vegas, NV  89113
   Telephone: (702) 949-8200
9  Meng.Zhong@wbd-us.com

10 *Attorneys for Plaintiff*
   *GIOCAR AMERICA, INC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GIOCAR AMERICA, INC., a Nevada corporation, | Case No.: 2:25-cv-01250-JCM-DJA |
| Plaintiff, | **STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION AND REPLY TO MOTION TO DISMISS (ECF NO. 11)** |
| vs. | |
| INDUSTRIAS GALFER S.A., a Spanish Sociedad Anónima, | **(FIRST REQUEST)** |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 6(b) and LR IA 6-1, Plaintiff Giocar America, Inc. ("Giocar" or "Plaintiff") and Defendant Industrias Galfer S.A. ("Galfer" or "Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate, subject to this Court's approval, and agree as follows:

1. On August 13, 2025, Defendant signed the Waiver of the Service of Summons and Complaint, which was filed on August 19, 2025. (ECF No. 10).

2. On November 7, 2025, Defendant filed a Motion to Dismiss for *Forum Non Conveniens,* or, Alternatively, to Dismiss For Failure to State a

4932-2163-5450 v.1x

1  Claim or, Alternatively, For a More Definite Statement (ECF No. 11).

2       3.    Counsel for Plaintiff and Defendant conferred and in light of the general press of business and holiday season, they have agreed to an extension of time for Plaintiff's response and Defendant's reply to the Motion to Dismiss.

     4.    Plaintiff requests an extension through Monday, December 22, 2025, to respond to the Motion to Dismiss. Defendant requests an extension through Friday, January 9, 2026, to file their Reply brief.

     5.    This is the first request for an extension which is brought in good faith and not for purposes of delay.

Dated: November 18, 2025.

| WOMBLE BOND DICKINSON (US) LLP | CAMPBELL & WILLIAMS |
|---|---|
| By: */s/ Meng Zhong*<br>Meng Zhong, NV Bar No. 12145<br>8488 Rozita Lee Ave., Suite 400<br>Las Vegas, NV 89113<br>Tele: 702.949.8200<br>Meng.Zhong@wbd-us.com | By: */s/ J. Colby Williams*<br>J. Colby Williams, NV Bar No. 5549<br>710 South Seventh Street<br>Las Vegas, NV 89101<br>Tele: 702-382-5222<br>jcw@cwlawlv.com |
| Thomas J. Daly (*Pro hac vice forthcoming*)<br>Drew Wilson (*Pro hac vice forthcoming*)<br>655 N. Central Ave., Suite 2300<br>Glendale, CA 91203-1445<br>Thomas.Daly@wbd-us.com<br>Drew.Wilson@wbd-us.com<br><br>*Attorneys for Plaintiff*<br>*GIOCAR AMERICA, INC.* | FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP<br>B. Breet Heavner (*Pro hac vice forthcoming*)<br>901 New York Avenue NW<br>Washington, DC 20001<br>Tele: 202-408-4000<br>b.brett.heavner@finnegan.com<br><br>*Attorneys for Defendant*<br>*INDUSTRIAS GALFER S.A.* |

**IT IS SO ORDERED.**

/s/ James C. Mahan
UNITED STATES DISTRICT COURT JUDGE

DATED: November 19, 2025