```
CAMPBELL & WILLIAMS
J. Colby Williams (5549)
jcw@cwlawlv.com
710 South Seventh Street
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
B. Brett Heavner (*pro hac vice forthcoming*)
b.brett.heavner@finnegan.com
901 New York Avenue NW
Washington, DC 20001
Telephone: (202) 408-4000
```

*Attorneys for Defendant*
*INDUSTRIAS GALFER S.A.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GIOCAR AMERICA, INC.<br><br>Plaintiff,<br><br>v.<br><br>INDUSTRIAS GALFER S.A.<br><br>Defendant. | Case No. 2:25-cv-01250-JCM-DJA<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO RESPOND TO THE FIRST AMENDED COMPLAINT (EFC No. 21)**<br><br>**(FIRST REQUEST)** |

Pursuant to Fed. R. Civ. P. 6(b) and LR IA 6-1, Plaintiff Giocar America, Inc. ("GA") and Defendant Industrias Galfer S.A. ("IG") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate, subject to this Court's approval, and agree as follows:

1.  On August 13, 2025, IG signed the Waiver of Service of Summons and Complaint, which was filed on August 19, 2025 (ECF No. 10).

2.  On November 7, 2025, IG filed a Motion to Dismiss for Forum Non Conveniens, or for Failure to State a Claim, or for a More Definite Statement ("Motion to Dismiss") (ECF No. 11).

3.  On November 18, 2025, the Parties filed a stipulation and proposed order requesting an extension for GA to respond to the Motion to Dismiss and for IG to file its reply brief (ECF No.

1

13). On November 19, 2025, the Court granted such extension (ECF No. 20).

4. On November 25, 2025, GA filed a First Amended Complaint (ECF No. 21). The parties understand that the Motion to Dismiss is moot following this amendment.

5. Counsel for GA and IG conferred and, in light of the general press of business, the holiday season, and reciprocity, have agreed to an extension of time for IG's response to the First Amended Complaint.

6. IG requests an extension until Friday, January 9, 2026, to respond to the First Amended Complaint.

7. This is the first request for an extension of the term to respond to the First Amended Complaint, which is brought in good faith and not for purposes of delay.

Dated: December 8, 2025.

| | |
|---|---|
| By: /s/ *Meng Zhong*<br>Meng Zhong, NV Bar No. 12145<br>8488 Rozita Lee Ave., Suite 400<br>Las Vegas, NV 89113<br>Tele: 702.949.8200<br>Meng.Zhong@wbd-us.com<br><br>Thomas J. Daly (*Pro hac vice forthcoming*)<br>Drew Wilson (*Pro hac vice forthcoming*)<br>655 N. Central Ave., Suite 2300<br>Glendale, CA 91203-1445<br>Thomas.Daly@wbd-us.com<br>Drew.Wilson@wbd-us.com<br><br>*Attorneys for Plaintiff*<br>*GIOCAR AMERICA, INC.* | By: /s/ *J. Colby Williams*<br>J. Colby Williams, NV Bar No. 5549<br>CAMPBELL & WILLIAMS<br>710 South Seventh Street<br>Las Vegas, NV 89101<br>Tele: 702-382-5222<br>jcw@cwlawlv.com<br><br>FINNEGAN, HENDERSON, FARABOW,<br>GARRETT & DUNNER, LLP<br>B. Brett Heavner (*pro hac vice forthcoming*)<br>901 New York Avenue NW<br>Washington, DC 20001<br>Tele: 202-408-4000<br>b.brett.heavner@finnegan.com<br><br>*Attorneys for Defendant*<br>*INDUSTRIAS GALFER S.A.* |

**IT IS SO ORDERED**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 12/9/2025