UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GIOCAR AMERICA, INC., | Case No.2:25-CV-1250 JCM (DJA) |
| Plaintiff(s), | |
| v. | ORDER |
| INDUSTRIAS GALFER S.A., | |
| Defendant(s). | |

Presently before the court is a stipulation to extend three different briefing deadlines. (ECF No. 33).

The omnibus stipulation violates Local Rule IC 2-2(b), which requires that separate filings be docketed for separate requests. "This rule is not an exercise of pure formality." *Bank of N.Y. Mellon v. SFR Invs. Pool 1, LLC*, 2017 U.S. Dist. Lexis 132101, at *2 (D. Nev. Aug. 18, 2018) (Mahan, J.). Among other purposes, the rule ensures that specific requests are steered to the appropriate judicial officer. *Divine Wellness, LLC v. NFP Prop. & Cas. Servs., Inc.*, 2024 WL 2880285, at *1 (D. Nev. May 17, 2024).

Notwithstanding this rule, the court GRANTS the extension requested for the motion to dismiss. (ECF No. 31). Plaintiff shall have through Friday, January 16, 2026, to respond to the motion to dismiss. Defendant shall have through Friday, January 23, 2026, to file its reply brief. \

. . .

. . .

1  The stipulation to extend is DENIED without prejudice with respect to the deadline to file a response to the first amended complaint and the deadlines to file a response and reply to the motion to stay.

IT IS SO ORDERED.

DATED January 13, 2026.

_____
UNITED STATES DISTRICT JUDGE