CAMPBELL & WILLIAMS
J. Colby Williams (5549)
jcw@cwlawlv.com
710 South Seventh Street
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
B. Brett Heavner (*pro hac vice pending*)
b.brett.heavner@finnegan.com
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 408-4000

*Attorneys for Defendant*
*INDUSTRIAS GALFER S.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| GIOCAR AMERICA, INC.,<br>a Nevada corporation,<br><br>    Plaintiff,<br>vs.<br><br>INDUSTRIAS GALFER S.A.,<br>a Spanish Sociedad Anónima,<br><br>    Defendant. | Case No.:  2:25-cv-01250-JCM-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANT TO RESPOND TO FIRST AMENDED COMPLAINT (ECF NO. 21)**<br><br>**(THIRD REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b) and LR IA 6-1, Plaintiff Giocar America, Inc. ("Giocar" or "Plaintiff") and Defendant Industrias Galfer S.A. ("Galfer" or "Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate, subject to this Court's approval, and agree as follows:

1.      On November 25, 2025, Plaintiff timely filed a First Amended Complaint ("FAC") (ECF. No. 21), mooting a previously filed Motion to Dismiss filed by Defendant on November 7, 2025. (ECF No. 11)

2.      On December 8, 2025, after meeting and conferring and in light of

WOMBLE BOND DICKINSON

8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113

the general press of business and holiday season, the Parties filed a stipulation for an extension of time to respond to the FAC until Friday January 9, 2026. (ECF No. 28)

3.    The Court granted the Parties' stipulation on December 9, 2025. (ECF. No. 30)

4.    On December 23, 2025, the Parties filed a stipulation seeking extensions of time related to Defendant's motions to dismiss and stay, as well as an extension of time for Defendant to respond to the First Amended Complaint (the "Combined Stipulation"). (ECF No. 33). Specifically, the Parties agreed that Plaintiff would have through January 16, 2026, to respond to the motions to dismiss and stay, Defendant would have through January 23, 2026, to file its replies in support of those motions, and Defendant would have through February 9, 2026, to file its response to the First Amended Complaint.

5.    On January 13, 2026, the Court issued an order granting in part and denying without prejudice the Parties' Combined Stipulation. (ECF No. 34). The Court denied without prejudice the request to extend Defendant's time to respond to the First Amended Complaint for failure to comply with Local Rule IC 2-2(b), which requires separate filings for separate requests.

6.    In view of the Court's order, the Parties have met and conferred and agreed to an extension of time for Defendant to respond to the First Amended Complaint due to the general press of business and the pendency of Defendant's motions to dismiss and stay. Defendant requests an extension through Monday, February 9, 2026, to file its response to the FAC.

. . . .

. . . .

. . . .

. . . .

. . . .

8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113

WOMBLE BOND DICKINSON

- 2 -

7.    This is the third request for an extension of time for Defendant to respond to the FAC. This request is brought in good faith and not for purposes of delay.

Dated: January 14, 2026.

CAMPBELL & WILLIAMS

By:___/s/ *J. Colby Williams*_____
J. Colby Williams, NV Bar No. 5549
710 South Seventh Street
Las Vegas, NV 89101
Tele: 702-382-5222
jcw@cwlawlv.com

FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER,
LLP
B. Brett Heavner (*Pro hac vice pending*)
901 New York Avenue NW
Washington, DC 20001
Tele: 202-408-4000
b.brett.heavner@finnegan.com

*Attorneys for Defendant*
*INDUSTRIAS GALFER S.A.*

WOMBLE BOND DICKINSON (US) LLP

By:___/s/ *Thomas J. Daly*_____
Meng Zhong, NV Bar No. 12145
8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113
Tele: 702.949.8200
Meng.Zhong@wbd-us.com

Thomas J. Daly (Admitted *pro hac vice*)
Drew Wilson (*Pro hac vice pending*)
655 N. Central Ave., Suite 2300
Glendale, CA 91203-1445
Thomas.Daly@wbd-us.com
Drew.Wilson@wbd-us.com

*Attorneys for Plaintiff*
*GIOCAR AMERICA, INC.*

**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 1/15/2026



8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113

WOMBLE BOND DICKINSON