Thomas J. Daly (Admitted p*ro hac vice*)
Drew Wilson (*Pro hac vice pending*)
WOMBLE BOND DICKINSON (US) LLP
655 N. Central Ave., Suite 2300
Glendale, CA 91203-1445
Telephone: (626) 795-9900
Thomas.Daly@wbd-us.com
Drew.Wilson@wbd-us.com

Meng Zhong
NV Bar No.: 12145
WOMBLE BOND DICKINSON (US) LLP
8488 Rozita Lee Ave., Suite 400
Las Vegas, NV  89113
Telephone: (702) 949-8200
Meng.Zhong@wbd-us.com

*Attorneys for Plaintiff*
*GIOCAR AMERICA, INC*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GIOCAR AMERICA, INC., a Nevada corporation,<br><br>        Plaintiff,<br>vs.<br><br>INDUSTRIAS GALFER S.A., a Spanish Sociedad Anónima,<br><br>        Defendant. | Case No.:  2:25-cv-01250-JCM-DJA<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER TO EXTEND TIME TO FILE OPPOSITION TO STAY (ECF NO. 32)**<br><br>**(SECOND REQUEST)** |

Pursuant to Federal Rule of Civil Procedure 6(b) and LR IA 6-1, Plaintiff Giocar America, Inc. ("Giocar" or "Plaintiff") and Defendant Industrias Galfer S.A. ("Galfer" or "Defendant") (collectively, the "Parties"), by and through their respective attorneys of record, hereby stipulate, subject to this Court's approval, and agree as follows:

1.     On November 25, 2025, Plaintiff timely filed a First Amended Complaint ("FAC") (ECF. No. 21), mooting a previously filed Motion to Dismiss filed by Defendant on November 7, 2025. (ECF No. 11)

2.     On December 8, 2025, after meeting and conferring and in light of the general press of business and holiday season, the Parties filed a stipulation

for an extension of time to respond to the FAC until Friday January 9, 2026. (ECF No. 28)

3. The Court granted the Parties' stipulation on December 9, 2025. (ECF. No. 30)

4. On December 19, 2025, Defendant filed a Motion to Dismiss and a Motion to Stay (the "Motions"). (ECF Nos. 31 and 32)

5. Counsel for Plaintiff and Defendant conferred, and in light of the general press of business and holiday season, agreed to an extension of time for Plaintiff's responses and Defendant's replies to the Motions, and to extend the time for Defendant to answer the FAC for a second time.

6. On December 23, 2025, the Parties filed a stipulation (the "Combined Stipulation") (ECF. No. 33) as follows:

   a. Plaintiff requested an extension through Friday, January 16, 2026, to respond to the Motions. Defendant requested an extension through Friday, January 23, 2026, to file its Replies in support of the Motions.

   b. Defendant, with Plaintiff's consent, requested an extension through Monday, February 9, 2026, to file its response to the FAC.

7. On January 13, 2026, the Court issued an order (ECF No. 34) regarding the Parties' Combined Stipulation (ECF No. 33), granting the stipulation for an extension to respond and reply to the Motion to Dismiss (ECF No. 31), but denying without prejudice the stipulation regarding the extensions for the Motion to Dismiss and the extension to answer the FAC for violation of Local Rule IC 2-2(b), which requires that separate filings for separate requests.

8. In view of the Court's order, the Parties met and conferred and confirmed their desire to brief the Motion to Stay on the aforementioned schedule, namely, Plaintiff requests an extension through Friday January 16,

- 2 -

8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113

WOMBLE BOND DICKINSON

2026, to respond to the Motion to Stay (ECF No. 32), and Defendant requests an extension through Friday January 23, 2026, to file its Reply brief.

9.      This is the second request for an extension of time for the Motion to Stay which is brought in good faith, to comply with Local Rule IC 2-2(b), and not for purposes of delay.


Dated:  January 14, 2026.

WOMBLE BOND DICKINSON (US) LLP          CAMPBELL & WILLIAMS


By:  /s/ Meng Zhong                               By:  /s/ J. Colby Williams
Meng Zhong, NV Bar No. 12145            J. Colby Williams, NV Bar No. 5549
8488 Rozita Lee Ave., Suite 400         710 South Seventh Street
Las Vegas, NV  89113                     Las Vegas, NV 89101
Tele: 702.949.8200                       Tele: 702-382-5222
Meng.Zhong@wbd-us.com                    jcw@cwlawlv.com

Thomas J. Daly (Admitted *pro hac vice*)   FINNEGAN, HENDERSON, FARABOW,
Drew Wilson (*Pro hac vice pending*)       GARRETT & DUNNER, LLP
655 N. Central Ave., Suite 2300            B. Brett Heavner (*Pro hac vice pending)*
Glendale, CA 91203-1445                    901 New York Avenue NW
Thomas.Daly@wbd-us.com                     Washington, DC 20001
Drew.Wilson@wbd-us.com                     Tele: 202-408-4000
                                           b.brett.heavner@finnegan.com

*Attorneys for Plaintiff*
*GIOCAR AMERICA, INC.*                      *Attorneys for Defendant*
                                           *INDUSTRIAS GALFER S.A.*



**IT IS SO ORDERED.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: 1/15/2026

4920-8095-9876, v. 3

8488 Rozita Lee Ave., Suite 400
Las Vegas, NV 89113

WOMBLE BOND DICKINSON