CAMPBELL & WILLIAMS
J. Colby Williams (5549)
jcw@cwlawlv.com
710 South Seventh Street
Las Vegas, NV 89101
Telephone: (702) 382-5222
Facsimile: (702) 382-0540

FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, LLP
B. Brett Heavner (*pro hac vice*)
b.brett.heavner@finnegan.com
901 New York Avenue, NW
Washington, DC 20001
Telephone: (202) 408-4000

*Attorneys for Defendant*
*INDUSTRIAS GALFER S.A.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GIOCAR AMERICA, INC., <br><br> Plaintiff, <br><br> vs. <br><br> INDUSTRIAS GALFER S.A., <br><br> Defendant. | Case No. 2:25-cv-01250-JCM-DJA <br><br> **STIPULATION TO RESCHEDULE HEARING ON MOTION TO COMPEL DISCOVERY RESPONSES AND MOTION TO STAY** <br><br> **(FIRST REQUEST)** |

Defendant Industrias Galfer S.A. de C.V. ("Galfer"), by and through its counsel, respectfully moves pursuant to Local Rule LR IA 6-1(c) to reschedule the oral hearing currently set for March 31, 2026 at 10:00 a.m. on Plaintiff Giocar's Motion to Compel Discovery Responses and Galfer's Motion to Stay. (ECF No. 53.) Galfer respectfully requests that the Court continue the hearing to **April 14, 15, 16, 21, or 22, 2026**, or to another date convenient for the Court.

This request is made because counsel for Galfer, Brett Heavner, has a previously scheduled personal commitment during the week of the currently scheduled hearing date. Months ago, Mr. Heavner arranged international travel to celebrate his wedding anniversary with his spouse, for which plane tickets and hotel accommodations have already been purchased. As a result, Mr. Heavner will be out of the country from March 27, 2026 until

April 9, 2026, and therefore unavailable on the currently scheduled hearing date.

This is the first request to reschedule the hearing on Galfer's Motion to Compel Discovery Responses and Motion to Stay.

Rescheduling the hearing will not prejudice any party and will not affect any other deadlines currently set by the Court. The requested continuance concerns only the hearing date and will not alter the briefing schedule or any other deadlines in this matter.

Counsel for the parties have conferred regarding this request, and opposing counsel agrees to the requested continuance and is available on the proposed dates.

Accordingly, pursuant to LR IA 6-1(c), Galfer respectfully requests that the Court reschedule the hearing on Galfer's Motion to Compel Discovery Responses and Motion to Stay to **April 14, 15, 16, 21, or 22, 2026**, or to another date convenient for the Court.

By his signature below, counsel for Galfer swears under penalty of perjury that counsel for the other parties concurred in the filing of this document.

Dated: March 13, 2026.

WOMBLE BOND DICKINSON LLP

By: _/s/ Drew Wilson_
    Meng Zhong, NV Bar No. 12145
    8488 Rozita Lee Ave., Suite 400
    Las Vegas, NV 89113
    Tel: 702.949.8200
    Meng.Zhong@wbd-us.com

Thomas J. Daly (*Pro hac vice*)
Drew Wilson (*Pro hac vice*)
655 N. Central Ave., Suite 2300
Glendale, CA 91203-1445
Thomas.Daly@wbd-us.com
Drew.Wilson@wbd-us.com

*Attorneys for Plaintiff*
*GIOCAR AMERICA, INC.*

CAMPBELL & WILLIAMS

By: _/s/ J. Colby Williams_
    J. Colby Williams, NV Bar No. 5549
    710 South Seventh Street
    Las Vegas, NV 89101
    Tel: 702-382-5222
    jcw@cwlawlv.com

FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
B. Brett Heavner (*Pro hac vice*)
901 New York Avenue NW
Washington, DC 20001
Tele: 202-408-4000
b.brett.heavner@finnegan.com

*Attorneys for Defendant*
*INDUSTRIAS GALFER S.A.*

**IT IS THEREFORE ORDERED** that the parties' stipulation (ECF No. 54) is **GRANTED.** The motion hearing scheduled for March 31, 2026, is **VACATED** and **RESET** for **April 21, 2026, at 10:00 AM in LV Courtroom 3B.**

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: March 18, 2026

- 2 -